AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**Jenny M. High**
    Petitioner,

  v.

**Wells Fargo Bank**
    Respondent.

**JUDGMENT IN A CIVIL CASE**
Case number: **3:21cv00081**

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court** *This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed. Judgment is hereby entered in favor of the Defendant, Wells Fargo.

March 14, 2023
Date

FERNANDO GALINDO
Clerk

(By) S. Beal, Deputy Clerk