FILED: December 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1410
(3:21-cv-00081-MHL)
_____

JENNY M. HIGH

    Plaintiff - Appellant

v.

WELLS FARGO BANK

    Defendant - Appellee

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk